| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

VICTOR RANDOLPH TURNER, JR., §
TDCJ 1326957, §
              Plaintiff, §
 §
versus §    CIVIL ACTION H-11-109
 §
ROBERT QUADA, ET AL., §
 §
              Defendants. §

## Opinion on Dismissal

Victor Randolph Turner, Jr. sues for civil rights violations. He is in a Texas prison. He moves to proceed as a pauper. He has sued about seven other times in the federal courts in Texas. The district court dismissed at least three of these lawsuits as frivolous or for failure to state a claim recognized at law. *See Turner v. Livingston, et al.*, 4:09cv1112 (S.D. Tex.); *Turner v. 268th District Court, et al.*, 4:09cv1576(S.D. Tex.); and *Turner v. Ft. Bend County Jail, et al.*, 4:09cv1779 (S.D. Tex.). When Turner sued in these other cases, he was held in prison or jail. The district court dismissed these other cases before Turner filed this case.

A prisoner may not bring a case in federal court as a pauper if, while imprisoned, he brought three actions which the court dismissed as frivolous or for failure to state a claim, unless he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g). His allegations here do not show that he is under imminent danger of serious physical injury.

This complaint is dismissed. 28 U.S.C. § 1915(g).

Signed \|14, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge